1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ALTON CHARLES ALLEN,            )    NO. CV 11-09261 SJO (SS)
                                     )
12                    Petitioner,    )
                                     )    **ORDER ACCEPTING FINDINGS,**
13            v.                     )
                                     )    **CONCLUSIONS AND RECOMMENDATIONS**
14   CONNIE GIPSON, Acting Warden,   )
                                     )    **OF UNITED STATES MAGISTRATE JUDGE**
15                    Respondent.    )
     _____)

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all  the  records  and  files  herein,  and  the  Amended  Report  and

20   Recommendation of the United States Magistrate Judge.  The time for

21   filing Objections to the Amended Report and Recommendation has passed

22   and no Objections have been received.  Accordingly, the Court accepts

23   the findings, conclusions and recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall be
2  entered dismissing this action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Petitioner at his current address of record.

6

7    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9  DATED: February 17, 2012.

10

11                                    _____
                                       S. JAMES OTERO
12                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2