**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALTON CHARLES ALLEN, | ) | NO. CV 11-09261 SJO (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CONNIE GIPSON, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 17, 2012

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE